IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RENEE VANDUZEN, | ) | |
| | ) | |
| Plaintiff, | ) | 2:09-cv-01237-GEB-GGH |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| HOMECOMINGS FINANCIAL, OWNIT MORTGAGE SOLUTIONS, INC., LITTON LOAN SERVICING, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., RJ BERRYESSA MORTGAGE, RONNA JEAN BERRYESSA, CHANH NGUYEN and DOES 1-20 inclusive, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Separate motions to dismiss Plaintiff's Complaint have been filed: Defendant Litton Loan Servicing filed a dismissal motion on June 8, 2009, and Defendant Homecomings Financial filed a dismissal motion on June 18, 2009. On June 15, 2009, Litton Loan Servicing also filed a Motion to Strike Plaintiff's Complaint. However, on June 30, 2009, Plaintiff filed a First Amended Complaint, which is now the operative pleading and renders the motions moot. See Hal Roach Studios, Inc. v. Richard Feiner and Co., Inc., 896 F.2d 1542, 1546 (9th Cir. 1989) (stating "an amended pleading supersedes the original" or prior complaint). Therefore, the dismissal motions and the motion to strike are denied as moot.

Dated: July 15, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1